UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## **PETITION**

I __M. Evan Corcoran, Esq.__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: __Silverman Thompson Slutkin White__

__201 N. Charles Street, Suite 2600__

__Baltimore, Maryland 21201__

Office Telephone: __410-385-2225__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

District of Columbia (12/6/93, #44027), United States District Court for Maryland (3/17/03, #15696)

United States District Court for District of Columbia (4/3/00, #44027)

My attorney Identification number is: __MD 15696, DC 440027__

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT __/S/ CHRISTOPHER C. CONNER__    Date: __10/18/2021__